UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:16-CV-24403-PCH

AARAMBH SHAH,
    Plaintiff,

v.

NEW PENN FINANCIAL, LLC D/B/A
SHELLPOINT MORTGAGE SERVICING,
    Defendant.
_____/



### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the court upon the Parties' Joint Stipulation of Dismissal with Prejudice ("Stipulation" [D.E. 12]), filed on January 27, 2017. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation **[D.E. 12]** is hereby approved, adopted, and ratified by the Court;

2. This action is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and fees;

3. This case shall remain **CLOSED**.

4. As the parties have expressly conditioned the effectiveness of the stipulation on the Court's entry of an order retaining jurisdiction, the Court will retain jurisdiction solely for the purpose of enforcing the settlement agreement.

**DONE AND ORDERED** in chambers in Miami, Florida this 30th day of January, 2017.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
    Counsel of Record